**Electronically Filed
Supreme Court
SCWC-23-0000347
20-APR-2026
07:49 AM
Dkt. 12 ODAC**

SCWC-23-0000347

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WEI LING FUNG,
Petitioner/Plaintiff/Counterclaim Defendant-Appellant,

vs.

WA CHAM HOI,
Respondent/Defendant/Counterclaimant/
Third-Party Plaintiff-Appellee,

and

FUGANG XIA aka SUMMER,
Petitioner/Third-Party Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000347; CASE. NO. 1DRC-21-0003362)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed on March 10, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 20, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Jeannette H. Castagnetti

